## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

02 APR 23 PH 1:07

| | | |
|---|---|---|
| PHILLIP JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 01-B-1572-J |
| | ) | |
| WARDEN JOHN NAGLE and | ) | |
| THE ATTORNEY GENERAL | ) | |
| FOR THE STATE OF ALABAMA, | ) | **ENTERED** |
| | ) | |
| Respondents. | ) | APR 23 2002 |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's

Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's

Report and Recommendation is due to be adopted and approved. The court hereby adopts and

approves the findings and recommendation of the magistrate judge as the findings and conclusions

of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be

dismissed with prejudice. An appropriate order will be entered.

DONE, this  23 rd  day of  April  , 2002.

Sharon Lovelace Blackburn
SHARON L. BLACKBURN
UNITED STATES DISTRICT JUDGE

